AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ANIT WELLS and ROBERT WELLS,
wife and husband,

                Plaintiffs,

                v.

COLUMBIA VALLEY COMMUNITY HEALTH, a domestic corporation; and THE UNITED STATES OF AMERICA,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-05-0009-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered against the United States of America in the sum of $475,785.31 pursuant to the Findings of Fact and Conclusions of Law entered on December 27, 2006, Ct. Rec. 87.

| | |
|---|---|
| December 27, 2006 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |